# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINENS HOLDING CO., et al.,[1] | ) | Case No. 08-10832 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| LINENS HOLDING CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. [See attached Exh. A] |
| | ) | |
| [SEE ATTACHED EXHIBIT A], | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to each of the above-captioned adversary proceedings.

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned plaintiffs (the "Plaintiff") and defendants (each a "Defendant" and, together with Plaintiff, the "Parties") are deemed to have completed the discovery planning conference described in Fed. R. Civ. P. 26(f).

2. The Parties shall exchange their initial disclosures under Fed. R. Civ. P. 26(a)(1), made applicable by Fed. R. Bankr. P. 7026, by no later than October 30, 2009.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

3. Written fact discovery (i.e., requests for the production of documents, interrogatories and requests for admission) may be served from and after October 30, 2009, and shall be initiated so as to be completed by April 22, 2010. Pursuant to Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A) and 36(a)(3), made applicable by Fed. R. Bankr. P. 7026, the Parties time to respond to written fact discovery is enlarged to 45 days after service of the written fact discovery. Responses to the written discovery requests (i.e., requests for the production of documents, interrogatories and requests for admission) served by Plaintiff upon each Defendant contemporaneously with the Summons and the Complaint are tolled to a date 45 days after Plaintiff files its Notice of Discovery Requests with the Court, and in no event shall such Notice of Discovery Requests be filed by the Plaintiff prior to October 30, 2009.

4. Mediation shall be conducted pursuant to the Court's *General Order Regarding Procedures in Adversary Proceedings* entered by the Honorable Mary F. Walrath on April 7, 2004 (as amended by general order entered on April 11, 2005) and as provided herein. On or prior to January 7, 2010, the Parties shall file a stipulation regarding appointment of a mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding. All mediations shall be concluded by March 4, 2010.

5. Fact depositions may be noticed or subpoenaed for a date on or after May 17, 2010, and shall be noticed so as to be concluded by June 30, 2010.

6. Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue, not including any report by Plaintiff on insolvency of the Debtors, by July 31, 2010. If any Defendant intends to provide expert testimony regarding the insolvency of the Debtors, any such expert report must be provided by July 31, 2010. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any

Parties' expert report intended to rebut any other expert report, shall be provided by September 2, 2010. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by October 27, 2010.

7. All dispositive motions shall be filed and served by November 30, 2010, and shall be subject to Rule 7007 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. No motion pursuant to Fed. R. Civ. P. 56, made applicable by Fed. R. Bankr. P. 7056, may be filed prior to October 30, 2009.

8. The Court will hold a status conference ~~on~~ on a date to be determined ~~, 2010, at~~ ~~___:00 a.m.,~~ at which time the Court will consider (among other things) scheduling a pretrial conference(s) and/or trial date(s) for these proceedings.

9. The Parties shall comply with the *General Order Governing Pretrial Procedures in Adversary Proceedings Set for Trial Before Judge Christopher S. Sontchi*. The Parties shall file, no later than three (3) days prior to the date for (i) pre-trial conference (if one is scheduled) or (ii) trial, their Joint Pretrial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Sontchi's chambers.

10. Plaintiff shall notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding and in accordance with the Court's *Order Establishing Procedures For The Settlement Of Certain Claims* [D.I. 4150]. Plaintiff also shall file a status report every forty-five (45) days after the date of this scheduling order, and thirty (30), twenty (20) and ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

11. Deadlines contained in this Scheduling Order may be modified either by Stipulation of the Parties without further order of the Court or by the Court for good cause shown

12. Any Defendant may file a third-party complaint against The CIT Group/Commercial Services, Inc. pursuant to Fed. R. Civ. P. 14, made applicable by Fed. R. Bankr. P. 7014, without further leave of Court through and including 14 days after the date of entry of this Scheduling Order.

13. Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

Dated: 9/28, 2009
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

EXHIBIT "A"

| DEFENDANT | ADVERSARY CASE NO. |
|---|---|
| 1888 MILLS L/C | 09-51121 (CSS) |
| ACME INT ENTERPRISES, INC. IMPORT | 09-51123 (CSS) |
| AIM LP | 09-51124 (CSS) |
| AKASHA CRYSTALS, INC/IMPORT | 09-51126 (CSS) |
| AMERICAN CENTURY HOME FABRICS INC. | 09-51127 (CSS) |
| AMERICAN COVERS, INC. | 09-51128 (CSS) |
| AMERICAN OAK PRESERVING CO.INC L/C | 09-51129 (CSS) |
| AMERICAN TEXTILE COMPANY | 09-51945 (CSS) |
| ANCHOR ACQUISITION, LLC | 09-51130 (CSS) |
| APEX PRODUCTS, LLC | 09-51132 (CSS) |
| ARROW PLASTIC MANUFACTURING COMPANY | 09-51787 (CSS) |
| ARTISSIMO | 09-51133 (CSS) |
| ARY, INC. | 09-51134 (CSS) |
| AVANTI LINENS INC. | 09-51136 (CSS) |
| AXIS IMEX, INC. | 09-51137 (CSS) |
| BACOVA GUILD, LTD. | 09-51142 (CSS) |
| BALTIC LINEN COMPANY, INC/IMPORT | 09-51143 (CSS) |
| BARDWILL INDUSTRIES | 09-51144 (CSS) |
| BASIC LINE INC | 09-51145 (CSS) |
| BATH BY TOWN & COUNTRY LIVING | 09-51146 (CSS) |
| BENZEL'S BRETZEL BAKERY | 09-51147 (CSS) |
| BERKSHIRE BLANKET | 09-51946 (CSS) |
| BESS HOME FASHIONS/BMC GROUP | 09-51148 (CSS) |
| BETTER SLEEP INC. | 09-51149 (CSS) |
| BLUE RIDGE HOME FASHIONS, INC. | 09-51150 (CSS) |
| BODUM,INC. | 09-51151 (CSS) |
| BOELTER BRANDS | 09-51152 (CSS) |
| BOSTON WAREHOUSE TRADING CORP. | 09-51153 (CSS) |
| BRITA PRODUCTS CO. | 09-51157 (CSS) |
| BRITANNE CORPORATION | 09-51154 (CSS) |
| BROWNSTONE GALLERY IMPORT | 09-51800 (CSS) |
| BRUMLOW MILLS, INC. | 09-51158 (CSS) |
| BSH HOME APPLIANCES CORPORATION | 09-51159 (CSS) |
| C.R. GIBSON/THOMAS NELSON, INC. | 09-51793 (CSS) |
| CALDREA COMPANY, THE | 09-51444 (CSS) |

| | |
|---|---|
| CAMBRIDGE SILVERSMITHS | 09-51161 (CSS) |
| CAPRESSO INC. | 09-51162 (CSS) |
| CASA CREATIONS, INC. | 09-51163 (CSS) |
| CDR,INC. | 09-51165 (CSS) |
| CHEF'N CORPORATION | 09-51393 (CSS) |
| CH Robinson Worldwide | 09-51096 (CSS) |
| China Shipping Agency | 09-51097 (CSS) |
| CHURCH AND DWIGHT | 09-51167 (CSS) |
| CIRCLE GLASS | 09-51169 (CSS) |
| CLAY ART | 09-51170 (CSS) |
| CLICK CLACK U.S.,INC. | 09-51243 (CSS) |
| COBBLESTONE KITCHENS INC. | 09-51788 (CSS) |
| COCA-COLA BOTTLING CO. OF NEW YORK | 09-51394 (CSS) |
| COLUMBIA FRAME INC. | 09-51160 (CSS) |
| COLUMBINE CODY CORPORATION IMPORT | 09-51122 (CSS) |
| Comdata Stored Value Solutions | 09-51098(CSS) |
| CONVENIENCE VALET | 09-51164 (CSS) |
| CONVERTING, INC. | 09-51166 (CSS) |
| COPCO | 09-51168 (CSS) |
| COSCO | 09-51171 (CSS) |
| CREATIVE BATH PRODUCTS | 09-51278 (CSS) |
| CRISA CORP. | 09-51280 (CSS) |
| DAMP RID, INC. | 09-51296 (CSS) |
| DAVID'S COOKIES | 09-51297 (CSS) |
| DECORATIVE LIVING INC IMPORT | 09-51298 (CSS) |
| DELICIOUS BRANDS, LLC | 09-51299 (CSS) |
| DELONGHI AMERICA, INC. | 09-51300 (CSS) |
| DEXAS INTERNATIONAL INC. | 09-51301 (CSS) |
| DIAL INDUSTRIES | 09-51302 (CSS) |
| DIONI | 09-51304 (CSS) |
| DOMISTYLE, INC/IMPORT | 09-51303 (CSS) |
| DOWN LITE INTERNATIONAL | 09-51305 (CSS) |
| EDGECRAFT CORPORATION | 09-51172 (CSS) |
| ELECTROLUX HOME CARE PRODUCTS NORTH | 09-51240 (CSS) |
| ELLERY HOMESTYLES | 09-51173 (CSS) |
| ELRENE HOME FASHIONS | 09-51175 (CSS) |

| | |
|---|---|
| EMERSON RADIO CORP. IMPORT | 09-51392 (CSS) |
| ENCHANTE ACCESSORIES,INC. | 09-51178 (CSS) |
| EPOCA INC | 09-51179 (CSS) |
| EVERCARE COMPANY, THE | 09-51440 (CSS) |
| EVRIHOLDER PRODUCTS INC. | 09-51180 (CSS) |
| FAMOUS HOME FASHION INC. | 09-51182 (CSS) |
| FETCO HOME DÉCOR INC. | 09-51183 (CSS) |
| FISKARS CONSUMER PRODUCTS, INC. | 09-51188 (CSS) |
| FOCUS PRODUCTS GROUP LLC | 09-51192 (CSS) |
| FORESTON TRENDS | 09-51196 (CSS) |
| FRAMED PICTURE ENTERPRISE | 09-51199 (CSS) |
| FRANKLIN SPORTS, INC. | 09-51202 (CSS) |
| GINSEY INDUSTRIES, INC.L/C | 09-51206 (CSS) |
| GLOBAL BRAND MARKETING | 09-51789 (CSS) |
| GODIVA CHOCOLATIER | 09-51208 (CSS) |
| GOLDEN GT, LLC | 09-51209 (CSS) |
| GOURMET SETTINGS L/C | 09-51213 (CSS) |
| GRANT HOWARD ASSOCIATES | 09-51215 (CSS) |
| GSC TECHNOLOGY CORPORATION | 09-51224 (CSS) |
| GT MEDIA, INC. | 09-51226 (CSS) |
| HAGERTY | 09-51228 (CSS) |
| HAMILTON BEACH PROCTOR SILEX | 09-51211 (CSS) |
| HAMPTON DIRECT | 09-51216 (CSS) |
| HARBORTOWN INDUSTRIES, INC/IMPORT | 09-51222 (CSS) |
| HARVEST TRADING GROUP INC. | 09-51225 (CSS) |
| HERITAGE MINT LTD.IMPORT | 09-51227 (CSS) |
| HMS MFG. CO. | 09-51229 (CSS) |
| HOME PRODUCTS INTERNATIONAL, NA | 09-51241(CSS) |
| HOMER LAUGHLIN CHINA | 09-51230 (CSS) |
| HOPE COMPANY, THE | 09-51438 (CSS) |
| HOSLEY INT'L TRADING CORP / IMPORT | 09-51233 (CSS) |
| HUTZLER MANUFACTURING COMPANY, INC. | 09-51234 (CSS) |
| HWI USA | 09-51795 (CSS) |
| IDEA VILLAGE PRODUCTS CORP | 09-51235 (CSS) |
| IDEAL PRODUCTS CO., LLC | 09-51236 (CSS) |
| IMATION ELECTRONICS PRODUCTS IMPORT | 09-51396 (CSS) |

| | |
|---|---|
| IMUS RANCH FOODS, INC. | 09-51237 (CSS) |
| INFINITY INSTRUMENTS | 09-51238 (CSS) |
| INNOVATIVE TECHNOLOGY ELECTRICS L/C | 09-51239 (CSS) |
| INTERCONTINENTAL ART INC. | 09-51246 (CSS) |
| IRIS USA, INC. | 09-51242 (CSS) |
| ITW SPACE BAG | 09-51244 (CSS) |
| JARDEN CONSUMER SOLUTIONS | 09-51245 (CSS) |
| JAY AT PLAY INT'L H.K. LTD. L/C | 09-51247 (CSS) |
| JEANMARIE CREATIONS,LLC | 09-51790 (CSS) |
| JOHN RITZENTHALER COMPANY | 09-51249 (CSS) |
| JOLLEN HOME CREATION LTD L/C | 09-51250 (CSS) |
| JOSEPH ENTERPRISES, INC. | 09-51252 (CSS) |
| KAY-DEE DESIGNS, INC. | 09-51253 (CSS) |
| KITCHEN AID PORTABLE APPLIANCES | 09-51255 (CSS) |
| KITCHEN ART INC. | 09-51248 (CSS) |
| KLEAR-VU CORPORATION | 09-51251 (CSS) |
| LAMSON & GOODNOW MFG.CO | 09-51368 (CSS) |
| Leggett & Platt Charleston | 09-51103-CSS |
| LEVOLOR KIRSCH | 09-51367 (CSS) |
| LIBBEY (GLASSWARE) | 09-51366 (CSS) |
| LIBBEY GLASSWARE (2) | 09-51365 (CSS) |
| Lindenmyer Central | 09-51116 CSS) |
| LINON HOME DECOR PRODUCTS INC. | 09-51365 (CSS) |
| LINON HOME DECOR PRODUCTS INC. (2) | 09-51365 (CSS) |
| LIPPER INTERNATIONAL INC.IMPORT | 09-51283 (CSS) |
| LODGE MANUFACTURING CO. | 09-51291 (CSS) |
| LOUIS HORNICK & CO. | 09-51279 (CSS) |
| LUIGI BORMIOLI CORPORATION - IMPORT | 09-51281 (CSS) |
| LUX PRODUCTS CORPORATION | 09-51284 (CSS) |
| MAGIC AMERICAN PRODUCTS,INC. | 09-51306 (CSS) |
| MAGIC SLIDERS | 09-51307 (CSS) |
| MALDEN | 09-51308 (CSS) |
| MARCELLA FINE RUGS | 09-51309 (CSS) |
| MASTERPIECE ART GALLERY | 09-51792 (CSS) |
| MAYTAG APPLIANCES | 09-51310 (CSS) |
| MCS IMPORT | 09-51311 (CSS) |

| | |
|---|---|
| MEDELCO INC. | 09-51357 (CSS) |
| MEDICI 888, LLC IMPORT | 09-51436 (CSS) |
| MEDPORT LLC | 09-51358 (CSS) |
| METRO THEBE DBA BREVILLE USA | 09-51359 (CSS) |
| METROKANE IMPORTS | 09-51362 (CSS) |
| MISTO INTERNATIONAL LLC | 09-51363 (CSS) |
| MSRF, INC. | 09-51799 (CSS) |
| NATIONAL EXPRESS | 09-51254 (CSS) |
| NEATNIX | 09-51256 (CSS) |
| NEW ADVANCED PRODUCTS INC. | 09-51257 (CSS) |
| NEW VIEW/IMPORT | 09-51258 (CSS) |
| NEXT CREATIONS, INC. | 09-51259 (CSS) |
| NIFTY HOME PRODUCTS INC. | 09-51260 (CSS) |
| NORDIC WARE | 09-51261 (CSS) |
| NORELCO/PHILIPS | 09-51262 (CSS) |
| OLDE THOMPSON | 09-51263 (CSS) |
| ONEIDA LTD/IMPORT | 09-51264 (CSS) |
| ONTEL PRODUCTS CORPORATION | 09-51265 (CSS) |
| OXO INTERNATIONAL, LTD. | 09-51954 (CSS) |
| PARIS TEXAS HARDWARE | 09-51266 (CSS) |
| PEKING HANDICRAFTS | 09-51268 (CSS) |
| PHELPS INDUSTRIES, LLC | 09-51276 (CSS) |
| PHILIPS ACCESSORIES | 09-51271 (CSS) |
| PHILIPS ORAL HEALTHCARE WORLDWIDE | 09-51274 (CSS) |
| PLASTON | 09-51267 (CSS) |
| POLDER INC/IMPORT | 09-51269 (CSS) |
| POPCORN WHOLESALE,LLC | 09-51270 (CSS) |
| POTTERY COLLABORATIVE,LLC. | 09-51273 (CSS) |
| PRECIDIO INC. | 09-51275 (CSS) |
| PROGRESSIVE INT'L CORP. | 09-51277 (CSS) |
| PUBLICATIONS INTERNATIONAL LTD. | 09-51791 (CSS) |
| Q MAX SYSTEMS LLC | 09-51397 (CSS) |
| RANGE KLEEN | 09-51361 (CSS) |
| RAZOR USA LLC | 09-51783 (CSS) |
| REDI SHADE, INC. | 09-51364 (CSS) |
| REED AND BARTON | 09-51369 (CSS) |

| | |
|---|---|
| REVERE MILLS INC. | 09-51371 (CSS) |
| Rio Brands, Inc. | 09-51110-CSS |
| ROBINSON HOME PRODUCTS INC. | 09-51375 (CSS) |
| ROYAL APPLIANCE MFG. CO. | 09-51376 (CSS) |
| RPI GROUP, THE | 09-51434 (CSS) |
| RUBBERMAID INCORPORATED | 09-51370 (CSS) |
| S LICHTENBERG & CO., INC. | 09-51372 (CSS) |
| SAHAGIAN & ASSOCIATES, INC. | 09-51374 (CSS) |
| SAM HEDAYA LINENS | 09-51377 (CSS) |
| SANGO | 09-51312 (CSS) |
| SANTE | 09-51785 (CSS) |
| SCENT SATION, INC. | 09-51313 (CSS) |
| SDI TECHNOLOGIES L/C | 09-51314 (CSS) |
| SELECT MEDIA SERVICES, LLC | 09-51315 (CSS) |
| SEPHRA, LLC | 09-51316 (CSS) |
| SEVENTH GENERATION | 09-51317 (CSS) |
| SHEDRAIN CORPORATION | 09-51318 (CSS) |
| SHOP TV, INC. | 09-51319 (CSS) |
| SIMTEC CO. | 09-51320 (CSS) |
| SKOTZ MFG INC. | 09-51321 (CSS) |
| SLEEP INNOVATIONS | 09-51322 (CSS) |
| SMART INVENTIONS | 09-51323 (CSS) |
| SNAPWARE CORPORATION | 09-51324 (CSS) |
| SONIC SCRUBBERS, LLC | 09-51325 (CSS) |
| SPECTRUM DIVERSIFIED DESIGNS INC. | 09-51328 (CSS) |
| SPECTRUM HOME FASHIONS, INC. | 09-51327 (CSS) |
| SPENCER INDUSTRIES | 09-51332 (CSS) |
| SPRINGS GLOBAL | 09-51120 (CSS) |
| STEELTEK LLC / SITLAX LIMITED L/C | 09-51333 (CSS) |
| SUNBEAM PRODUCTS, INC. | 09-51326 (CSS) |
| SUNNY MARKETING SYSTEMS, INC | 09-51329 (CSS) |
| TABLECRAFT PRODUCTS COMPANY | 09-51330 (CSS) |
| TABLETOPS UNLIMITED INC/IMPORT (2) | 09-50511 (CSS) |
| TAYLOR ENVIRONMENTAL INSTRUMENTS LP | 09-51331 (CSS) |
| TEAM INTERNATIONAL GROUP | 09-51334 (CSS) |
| TECHNIMARK,INC. | 09-51335 (CSS) |

| | |
|---|---|
| TELEBRANDS | 09-51336 (CSS) |
| TEMPUR-PEDIC, INC. | 09-51337 (CSS) |
| TEN STRAWBERRY STREET | 09-51338 (CSS) |
| TERSANO (INTERNATIONAL)SRL | 09-51339 (CSS) |
| TEXSTYLE LLC L/C | 09-51340 (CSS) |
| THE STERNO GROUP LLC | 09-51341 (CSS) |
| TIGON LIGHTING | 09-51784 (CSS) |
| TOLAND INTERNATIONAL LTD. IMPORT | 09-51342 (CSS) |
| TRANS OCEAN IMPORT CO INC | 09-51343 (CSS) |
| TRENDEX HOME DESIGNS INC. | 09-51344 (CSS) |
| TRI-COASTAL DESIGN | 09-51345 (CSS) |
| TRISTAR PRODUCTS INC. | 09-51346 (CSS) |
| TRUBAMBOO LLC | 09-51349 (CSS) |
| TRUDEAU CORPORATION | 09-51352 (CSS) |
| TWEEL HOME FURNISHINGS | 09-51354 (CSS) |
| TWEEZERMAN | 09-51355 (CSS) |
| UMBRA LLC | 09-51356 (CSS) |
| UNDER THE ROOF DECORATING USA LLC | 09-51347 (CSS) |
| UNITED SUPPLY | 09-51348 (CSS) |
| UNIVERSAL MERCHANDISE LTD / IMPORT | 09-51786 (CSS) |
| UNIVERSAL MERCHANDISE LTD / IMPORT (2) | 09-51786 (CSS) |
| VALSPAR | 09-51350 (CSS) |
| VANTAGE INC./LEGGETT & PLATT | 09-51794 (CSS) |
| VARIMPO USA,LTD.L/C | 09-51430 (CSS) |
| VENDOR DEVELOPMENT GROUP L/C | 09-51353 (CSS) |
| VERATEX, INC. | 09-51360 (CSS) |
| VERSAILLES HOME FASHIONS INC. | 09-51378 (CSS) |
| VILLEROY & BOCH USA | 09-51379 (CSS) |
| VORNADO AIR LLC | 09-51382 (CSS) |
| WATERPIK TECHNOLOGIES | 09-51384 (CSS) |
| WELSPUN TERRY TOWELS - IMPORT | 09-51114 (CSS) |
| WELSPUN TERRY TOWELS –IMPORT | 09-51386 (CSS) |
| WEST BEND HOUSEWARES LLC | 09-51388 (CSS) |
| WESTON GALLERY, THE L/C | 09-51426 (CSS) |
| WILLIAM BOUNDS | 09-51380 (CSS) |
| WIS International | 09-51115 (CSS) |

| | |
|---|---|
| WMS TRADE GROUP INC | 09-51402 (CSS) |
| WOODLORE | 09-51381 (CSS) |
| WORLD GOURMET MARKETING, LLC | 09-51383 (CSS) |
| WORLD KITCHEN INC. | 09-51385 (CSS) |
| WYTHE-WILL | 09-51958 (CSS) |
| XCELL INTERNATIONAL CORP. | 09-51395 (CSS) |
| YUNG JOHANN HILLMAN INC. | 09-51387 (CSS) |
| ZADRO PRODUCTS, INC. | 09-51389 (CSS) |
| ZYLISS USA CORP. | 09-51391 (CSS) |